**Law Offices of Todd M. Friedman, P.C.**
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY MENICHIELLO,** an individual, and **DENMAR CONSULTING, INC. DBA MARTIN & ASSOCIATES**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **EGUMBALL, INC.**, and DOES 1 through 10, inclusive <br><br> Defendant. | Case No. 8:16-cv-00722-CJC-AS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 20th day of May, 2016.

By:   s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiffs

Filed electronically on this 20th day of May, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 20th day of May, 2016, via the ECF system to:

Honorable Cormac J. Carney
United States District Court
Central District of California

And served via mail to:

Brodie Smith
LANZA & SMITH
A Professional Law Corp.
3 Park Plaza, Suite 1650
Irvine, CA 92614-8540

This 20th day of May, 2016.
By: s/Todd M. Friedman
      Todd M. Friedman